# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

EVANGELINE MARQUEZ,
Personal Representative to the Estate of
MICHAEL MATTIS, deceased,

    Plaintiff,

vs.                                            No. CIV 16-1259 JB/SCY

THE GEO GROUP, INC., PHIL ARAGON,
CYNTHIA LOSE, REBECCA CHAVEZ,
ANDREW KOWALKOWSKI, JANICE
RYE, JOYCE ULIBARRI, TINA BACHICHA,
and CORIZON HEALTH, INC.,

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on Defendant Andrew Kowalkowski, M.D.'s Motion for Partial Summary Judgment and Supporting Brief, filed May 5, 2017 (Doc. 25)("Motion"). The Court held a hearing on March 29, 2018. For the reasons that the Court stated on the record at the hearing, the Court will grant the Motion in part. The Court concludes that Defendant Dr. Andrew Kowalkowski is entitled to qualified immunity. The stay of discovery is lifted.

**IT IS ORDERED** that: (i) the requests in Defendant Andrew Kowalkowski, M.D.'s Motion for Partial Summary Judgment and Supporting Brief, filed May 5, 2017 (Doc. 25), are granted in part; (ii) Defendant Dr. Andrew Kowalkowski is granted qualified immunity; and (iii) the stay of discovery is lifted.

---

[1]The Order disposes of Defendant Andrew Kowalkowski, M.D.'s Motion for Partial Summary Judgment and Supporting Brief, filed May 5, 2017 (Doc. 25). The Court will, however, issue a Memorandum Opinion at a later date more fully detailing its rationale for this decision.

_[signature]_  
UNITED STATES DISTRICT JUDGE

*Counsel:*

Matthew Coyte
Coyte Law, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Michael S. Jahner
April D. White
Yenson, Allen & Wosick, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants GEO Group, Inc., Phil Aragon, Cynthia Lose, and Rebecca Chavez*

William P. Slattery
MacDonnell Gordon
Hinkle, Hensley, Shanor & Martin, L.L.P.
Santa Fe, New Mexico

    *Attorneys for Defendant Andrew Kowalkowski*

Ada B. Priest
Joseph A. Turner
Chapman and Priest, P.C.
Albuquerque, New Mexico

-- and --

Nicole M. Charlebois
The Charlebois Law Firm, L.L.C.
Santa Fe, New Mexico

-- and --

Norman F. Weiss
Michelle Lalley Blake
Allen Law Firm, L.L.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Janice Rye, Joyce Ulibarri, Tina Bachicha, and Corizon Health, Inc.*