IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVANGELINE MARQUEZ, Personal Representative
of the Estate of Michael Mattis, deceased,

        Plaintiff,

vs.                                Cause No. 16-CV-001259-JB/SCY

ANDREW KOWALKOWSKI, M.D.,

        Defendant.

### DEFENDANT ANDREW KOWALKOWSKI's UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS PURSUANT TO A SETTLEMENT AGREEMENT

Defendant Andrew Kowalkowski, M.D. moves for entry of an Order of Dismissal with Prejudice of all claims against him in Plaintiff's Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights and Wrongful Death. As grounds for this motion, Dr. Kowalkowski states as follows.

1. Plaintiff has agreed to dismiss all asserted and unasserted claims against Dr. Kowalkowski with prejudice, pursuant to a Settlement Agreement.

2. Further, it is agreed that the parties shall bear their respective costs and attorney's fees.

3. Plaintiff concurs in this motion.

                                            Respectfully submitted,

                                            HINKLE SHANOR LLP

                                            /s/ David B. Lawrenz
                                            _____
                                            William P. Slattery
                                            David B. Lawrenz
                                            Jeremy Ian Martin

218 Montezuma Ave.
Santa Fe, New Mexico 87502-5333
(505) 982-4554
Attorneys for Andrew Kowalkowski, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendant Andrew Kowalkowski, M.D.'s Unopposed Motion for Order of Dismissal With Prejudice of All Claims Pursuant to a Settlement Agreement** was filed in the electronic filing system of the United States District Court for the District of New Mexico, which in turn caused true and correct copies of the foregoing paper to be made available to all counsel of record, on this 18th day of November 2019.

/s/ David B. Lawrenz

_____
David B. Lawrenz